#4                          15JG

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Name and address of Plaintiff:
Warren Fahey, LP0255, S.C.I.
Greene, 175 Progress DRive.,
Waynesburg, Pa. 15370

v.

Full name, title, and business address
of each defendant in this action:
S.C.I., Greene, Mental Health Dept.,
Grievance Dept., 169 Progress Drive,
Waynesbrg, Pa. 15370 ParoleDept.,
Superintendent D.Alsandro

2._____
_____
_____

Use additional sheets, if necessary
Number each defendant.

RECEIVED

MAR 3 1 2015

CLERK, U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

15-0431

Plaintiff brings this action against the above named and identified defendants on the following cause of action:

I.    Where are you now confined? State Correctional Institution Greene

      What sentence are you serving? 20 Month R.R.R.I., 27 To 54 Month

      What court imposed the sentence? Erie County Court Of Common Pleas

II.   Previous Lawsuits

   A. Describe any and all lawsuits in which you are a plaintiff which deal with the same facts involved
      in this action.  (If there is more than one lawsuit, describe the additional lawsuits on another piece
      of paper, using the same outline.)

      1. Parties to this previous lawsuit

         Plaintiffs    None , N/A
         _____

         Defendants    None , N/A
         _____

      2. Court (if federal court, name the district; if state court, name the county) and docket number
         Erie County Common Pleas Court # 3008& 3009 of13, 181-13

3. Name of judge to whom case was assigned Judge Ernest Disantis

4. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)
   In appleal Process.

5. Approximate date of filing lawsuit  None N/aA

6. Approximate date of disposition _____ N/A

B. Prior disciplinary proceedings which deal with the same facts
   involved in this action:

   Where? Medical/Mental Observation Confinement, R.H.U.
   When? R.H.U. 11-5-14, 1-11-15
   Result: Both released back into general population.

III.   What federal law do you claim was violated? Due Process, Medical Malpractice
       Declaration of Human Rights; Article 3, Everyone has the

IV.    Statement of Claim

       (State here as briefly as possible the facts of your case. Do not give any legal arguments or cite
       any cases or statutes. If you intend to allege a number of related claims, number and set forth
       each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if
       necessary.)

A. Date of event: About 9-27-14 first tals with sacks, 10-7-14
2nd talks with Sacks & sent to Med. Observation 11-5-14
Education Building pulled out of Library Sent to R.H.U. 3-18-15 Parole
B. Place of event: Sargents Office S.C.I. Greene E-Unit, Education
Building Program Services Room, Parole Dept. Interview Room
C. Persons involved--name each person and tell what that person did
to you: Psychology Dr. David Sacks spoke with me around 9-27-14
14. When he did he threathened to give me misconduct if I do
any my symptoms from my mental disorde I claim I have. He basis
his claim on the report from S.C.I. CampHill, which says I said
I'm not hearing voices, how it says that i haven't the faintest
idea. I told the Psych At CampHill It hasn't bothered me in a
week to week and a half I don't want to talk about it it's up-
setting bothersome. Sacks Says I'm a liar why should he believe
anthing i say I'm A career criminal. I filed A grievance to
TRacey Shawley asking Sacks be taken off my Case in it's
entirety. It was denied. The matter with Sacks was made known
to Deputy Superintendent Saken him and P.R.C. Recommened I be
reviewed by the S.N.U. Psych for placement on S.N.U. when I was

III. What Federal Law do you claim was violated? Continued;
   right to life Liberty and SEcurity of person.; Article 9, No
one shall be subject to arbitrary arrest, detention or exile.;
Article 5, No one shall be subject to torture or to cruel,
inhumane or degrading treatment or punishment.; Article 25 (1)
Everyone has the right to a standard of living adequate for
health and well and well being of himself and of his family,
including food, clothing, housingand medical care. Bill Of
Rights Constitutional AmendmentIV, The right of the people to
be secure in their persons, papers, and effects, against un-
reasonable searches and seizures, shall not be violated.
Amendment 5, Nor be deprived of life, liberty, or property
without due process of Law. Amendment 14, SEction 1., Nor
shall any state deprive any person of life, liberty, or
property, without due process of Law; nor deny to any person
within it's jurisdiction the equal protection of the laws.


IV. Statement of claim, Continued; Page 1
   released from Med. Observation. The S.N.U. Psych. did not
recommend me for S.N.U. placement, obviously working in
conjunction with Dr. Sacks, whom, of which, I've been told by
a few different inmates Sacks has no Psychlogy, Psycholigist
Lisense. After fileing the Grievance to Shawley the grievance
coordinator I followed procedure and filed grievances to
Facility Manager, and Chief SEcretary's Office of Inmate
Grievances, all of which were denied. In the mix of this The
first grievance to grievance coordinator it was not returned
to me in a timely manner and Superintendent diAlsandero re-
plied to the Grievance after grievance coordinators review/
reply but i did not recieve grievance coordinators reply till
after I recieved the reply from DiAlsandero the Facility
Manager. I as well filed A seperate grievance concerning the
same matter Steming from a seperate incident being the second
talks with Sacks and sent to Med. Observation in hopes as it
was a seperate incident though the same matter it would be re-
solved as it was not the first grievance I filed. I do have
and have attachted exhibits of all the grievance and facility
grievance coordinators / personels response.Mr. Sacks actions
and the all named herein denying me my requested relief of
SAcks taken off my case in it's entirety completly a seperation

IV. Statement of Claim, Continued; Page 2

on Mr. Sacks for makeing the threats to write me up / give me
misconducts take my R.R.R.I. Max me out, being the Grievance
Department Mental Health Department Deputy Superintendent
Saken & Superintendent DiAlsandero not Granting me seperation
from Sacks him to not talk to me at alll concerning my mental
disability of Paranoid Schitzophrenic so he could not give me
a misconduct hasresulted in me being sent to R.H.U. for 72
days not includeing the 3 or 4 days i had to wait for bed
space it also has jepordized my R.R.R.I. being my early parole
release date of 7-15-15 this year. From which the incident of
me being threatened by Sacke to write me up$\frac{1}{2}$ give  me a
misconduct I grieved it mental health knew of it and the
grievance cooordinator & Deputy Superintendent & Super-
intendent and they did nothing to prevent it are violationd
which put my life and liberty at risk placement in R.H.U. and
risk of not getting granted my early relase date good time
parole date recommended by the court. I as well haven't gotten
my decision from the Chief Secretaries Office Of Inmate Griev-
ances. I don't know if it was intervened by or held up in the
mailroom. I feel I should've gotten in back by now.As well, a
correctional Officer here at S.C.I. Greene, being C.O. Teberi
told me Sacks has a couple people he messes with does that
type of stuff to. If she'll give that same truth to the court
or not I don't know. I'd like to have a statemnet from her
supeonaed or her supeonaed to give testimony as to Sacks does
have a few people he messes with does that type of stuff to.
Further as to and in support of my type of relief section that
I'm seeking I'd like to present the aforementioned and the
following. The misconduct as to the evidence I mistakenly did
not present at the hearing and the first level of appeal, as
toa misunderstanding of the hearing examiner questioning me as
to abusive , obscene language, we were not discussing the in-
cident with Sacks at that time at least to my understanding,
and I said," I'm liable to saying anything ". I thought the
hearing examiner was regardingto my mental disorder of Para-
noid Schizophrenic, of which when it really troubles bothers
upsets me, I do use rash heavy profanity. Further being this
is a matter of life liberty interest being I could lose my
early release R.R.R.I. as to I got a misconduct the good time

IV. Statement of Claim continued; Page 3

recommended given by the sentencing court could be taken
and/or revoked, I feel believe the matter of me looseing my
early release parole for that reason , being a life liberty
interest something should be done concering the misconduct as
to possibly the parole board not to consider it, the miscon-
duct refered back to rehearing or the Office of Chief Hearing
Examiner recommended it be dismissed as to you and the courts
know as weel that inmates are at times miss treated by prison
staff officals in one way or the other. As a result at my parole
hearing on 3-18-15 the Parole agent Mrs. King deined my right to
Parole based on the incident of Mr. Sacks writeing my of Which
were all lies.

_____
_____
_____
_____
_____

V.   Did the incident of which you complain occur in an institution or place of custody in this District?
     If so, where? Yes!  State Correction Instution Greene, 175 Progress
     Drive, Waynesburg, Pa. 15370
     and answer the following questions:

A.   Is there a prisoner grievance procedure in this institution?
     Yes (X)  No ( )

B.   Did you present the facts relating to your complaint in the state prisoner grievance procedure?
     Yes (X)  No ( )

C.   If your answer is YES,

     1.  What steps did you take? Grievance to Mrs. Shawley the institutions
         Grievance Coordinator and toFacility Manager and Chief
         Secretaries Office of Inmate Grievances, Made known to
     2.  What was the result? Denied all Grievances at S.C.I. Greene I
         haven't recieved my anwser from Cheif Office Of Grievance

D.   If your answer is NO, explain why not: ___N/A_____
     _____

E.   If there is no prison grievance procedure in the institution, did you complain to prison authorities?
     Yes ( )  No ( )  Not Applicable N/A

F.   If your answer is YES,

     1.  What steps did you take? __N/A_____
         _____

     2.  What was the result? __N/A_____
         _____

VI.  Relief

     State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no
     cases or statues.
     Monetary Judgement for False Imprisonment of $1500 a day
     for 72 days of R.H.U. confinement as to the emotional
     and mental stress anguish from Sacks actions and the
     R.H.U. Placement / Confinement and the prison officals
     not doing anything to prevent me getting misconduct from
     Sacks after I filed Grievances and first the Deputy
I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND
CORRECT.

VI. Relief, Continued;

Superintendent was notified when Sacks sent me Med.
Observation. As well, Injunction for same and that presented
in IV. Statement Of Claim, the Injunction relief being; Mr.
SAcks Off my case in it's entirety No talks discussions with
me for treatment or my mental health status how my mental is
doing etc. no talks with me concerning any matters of any
for any mental health reasons and / or reviews, and the
seperation on Sacks and transfered to another prison hope-
fully, of which would be closer to my hopme area, as in a
incident of this nature, other staff of the institution
could get upset, as to their his friend and / or co-worker,
and try to cause  me more troubles problems, as well as Sacks
would ,being his threats, and the law suit it's self the
other staff and / or Mr. Sacks. Remand to Parole to release me
as for Sacks illegal and wrongdoing which presents a life liberty
interest as to me at a lose of my freedom for Sacks illegal actions.
V. (c) (1) Continued; Deputy Superintendent, In general the
staff here at S.C.I. Greene did not properly perform duties.
Deputy Superintendent Notified at Med. Observation the head
of Mental Health Dept. I sent A request to Grievance
coordinator and Facility Manager.

3-18-2015
(Date)

(Signature of Plaintiff)